IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

BRIAN R. BRADFORD, et al.   *

       Plaintiffs   *

v.   * CIVIL ACTION NO. AMD 02-CV-2028

RONNIE LYNWOOD DAVIS,   *
et al.
    *
       Defendants
    *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Presently before the Court is the Consent Motion For Approval Of Settlement With Minor And For Order Of Dismissal, filed on behalf of the Plaintiffs and Defendants. The parties appeared before the United States District Court for a Court-ordered Settlement Conference on November 5, 2002. The Plaintiffs and Defendants reached a settlement of all claims. One of the terms of the agreement is confidentiality. However, the full terms and conditions of the settlement have been disclosed to the undersigned Judge, and have been memorialized in the Release Agreements signed by Brian Bradford, Individually and as Father and Next Friend of Kristen Lynn Bradford, Minor Child, and as Personal Representative of the Estate of Charmaine Culver Bradford on November 28, 2002, and by Amber Marie Culver on December 2, 2002. The

settlement agreement calls for a lump sum payment, as well as periodic payments pursuant to an annuity to be purchased by Defendants to and for the benefit of the minor child, Kristen Lynn Bradford.

The undersigned Judge of the United States District Court for the District of Maryland hereby finds that the terms and conditions of the settlement between the Plaintiffs and Defendants in the above-captioned matter are fair, reasonable and in the best interests of the minor Plaintiff, Kristen Lynn Bradford. Accordingly, the settlement is hereby APPROVED.

It is further ORDERED that all Plaintiffs' claims against Defendants be and hereby are DISMISSED WITH PREJUDICE.

Jan. 8, 2002

_____
Judge, United States District Court
for the District of Maryland

C:\BRADFORD\CONSENT MOTION - ORDER